**WO**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jeffrey L. Flocken,  )<br> ) <br>Plaintiff,  )<br> )<br>vs.  )<br> )<br>City of Mesa, an Arizona municipal  )<br>corporation,  )<br> )<br>Defendant.  )<br>_____) | Case No. CV06-1382-PHX-JAT<br><br>**ORDER** |

Because Plaintiff has demonstrated that he effectuated service of process on Defendant within the time limits of Fed. R. Civ. Pro. 4(m), the Court will grant the motion to reinstate the above-captioned case, which the Court dismissed without prejudice on October 4, 2006 (Doc. # 7). The Court cautions Plaintiff's counsel that in the future he should not assume that the Court has vacated a hearing.

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion For Reinstated Case (Doc. # 8).

1  IT IS FURTHER ORDERED that the Clerk of the Court shall re-open the case.

2  DATED this 30th day of November, 2006.

3
4
5
6
7  James A. Teilborg
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28